September 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.A.T., A MINOR CHILD

NO. 14-15-00515-CV

_____

This cause, an appeal from the trial court's order of May 15, 2015 denying her leave to intervene in *In the Interest of J.A.T.*, Cause No. 74447 in the 300th Judicial District Court of Brazoria County and finding that she lacked standing to bring the original action, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Zarena Allen to pay all costs incurred in this appeal.

We further order this decision certified below for observance.